IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JAMES HARRIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 08-2126 |
| MICHAEL PAIGE, | : | |
| and | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this 17th day of July, 2009, upon consideration of the Motion to Reinstate Civil Action and Lift Stay filed by Plaintiff James Harris (Doc. No. 14) and the Response in Opposition to Plaintiff's Motion to Reinstate Civil Action and Lift Stay filed by Defendant Michael Paige (treated as an Application for Additional Stay) (Doc. No. 16), it is hereby **ORDERED** that Harris's Motion is **GRANTED**, and Paige's Application is **DENIED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE