IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JAMES HARRIS, | : | CIVIL ACTION |
| Plaintiff, | : |  |
| v. | : | No. 08-2126 |
| MICHAEL PAIGE | : |  |
| and | : |  |
| CITY OF PHILADELPHIA, | : |  |
| Defendants. | : |  |

**ORDER**

**AND NOW**, this   22nd   day of September, 2009, upon consideration of Defendant Michael Paige's Motion to Dismiss and Strike (Doc. No. 27), and the Response in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED IN PART** and **GRANTED IN PART**.  The Motion to Dismiss Counts I, II, III, V, VI, VII, VIII, IX, X, XI, and XII is **DENIED**.  The Motion is **GRANTED** with respect to Count IV.  It is further **ORDERED** that:

1. Plaintiff James Harris's request for attorneys' fees is **DENIED**;

2. Plaintiff James Harris's Praecipe to Enter Default Judgment Against Defendant Michael Paige (Doc. No. 28) is **DENIED**;

3. Defendant Michael Paige's Motion to Strike Plaintiff's Praecipe to Enter Default Against Defendant Michael Paige (Doc. No. 30) is **DENIED** as moot; and

4. Defendant Michael Paige shall answer the Complaint within twenty (20) days of

the date of this Order.

                BY THE COURT:

                <u>/s/ Robert F. Kelly</u>
                ROBERT F. KELLY
                SENIOR JUDGE