IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES HARRIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 08-2126 |
| MICHAEL PAIGE, | : | |
| and | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendants. | : | |

# ORDER

**AND NOW** this 4th day of April, 2011, upon consideration of the Motion to Amend Answer ("Motion to Amend") (Doc. No. 70) filed by Defendant Michael Paige ("Defendant"), the Motion to Strike Defendant's Amended Complaint ("Plaintiff's Motion to Strike") (Doc. No. 73) filed by Plaintiff, James Harris ("Plaintiff"), the Opposition thereto filed by Defendant (Doc. No. 74), and the Motion in Opposition (Doc. No. 76) filed by Plaintiff, it is hereby **ORDERED** that:

    (1)    Defendant's Motion to Amend is **DENIED**;

    (2)    Plaintiff's Motion to Strike is **GRANTED**; and

    (3)    Plaintiff's Motion in Opposition is **DENIED** as moot.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE