IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES HARRIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 08-2126 |
| MICHAEL PAIGE | : | |
| and | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 9th day of May, 2011, upon consideration of Defendant Michael Paige's Motion for Summary Judgment (Doc. No. 57), and the Response in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED**. It is further **ORDERED** that upon consideration of the City of Philadelphia's Motion for Summary Judgment (Doc. No. 58), and the Response and Reply thereto, said Motion is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE