IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| JAMES HARRIS, | : | CIVIL ACTION |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | No. 08-2126 |
|  | : |  |
| MICHAEL PAIGE | : |  |
|  | : |  |
| and | : |  |
|  | : |  |
| CITY OF PHILADELPHIA, | : |  |
|  | : |  |
| Defendants. | : |  |

_____

**ORDER**

**AND NOW**, this   3rd   day of September, 2013, upon consideration of Plaintiff, James Harris' ("Harris"), Motions for Attorney's Fees (Doc. Nos. 169, 171), Defendant, Michael Paige's ("Paige"), Response, and Harris' Reply, it is hereby **ORDERED** that the Motions are **GRANTED** in part and **DENIED** in part.  It is **ORDERED** that:

1. The Motions for Attorney's Fees are granted and Harris is awarded a total of $76,206.00 in attorney's fees;

2. Harris' request for post-judgment interest is **GRANTED**;

3. Harris' request for costs is **DENIED**; and

4. Harris' request for attorney's fees for Anthony McKnight is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE